JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     INDICTMENT

      -v.-                        :

JERRY BUTLER,                      :     07CRIM 715
a/k/a "Jerry Steven Butler,"
a/k/a "Jerry Stephen Butler,"      :

      Defendant.                   :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From on or about January 9, 2001 up through and including on or about July 20, 2007, in the Southern District of New York and elsewhere, JERRY BUTLER, a/k/a "Jerry Steven Butler," a/k/a "Jerry Stephen Butler," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction for the criminal possession of a controlled substance in the fifth degree, to wit, crack cocaine, a violation of New York Penal Law 220.06, in New York State Supreme Court, Nassau County, on or about March 14, 1997, without having obtained the express consent of the Attorney



General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

===========================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===========================================================

UNITED STATES OF AMERICA

- v. -

JERRY BUTLER,
a/k/a "Jerry Steven Butler,"
a/k/a "Jerry Stephen Butler,"

Defendant.

===========================================================

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(1))

                    MICHAEL J. GARCIA
                    United States Attorney.

A TRUE BILL

                         _____
                               Foreperson.

===========================================================

8/1/07 Filed Indictment. Case assigned to Judge Batts.
                                          Pitman.
                                          U.S.M.J.