```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

          -v.-                    :

JERRY BUTLER,                     :     S1 07 Cr. 715 (DAB)
a/k/a "Jerry Steven Butler,"
a/k/a "Jerry Stephen Butler,"     :

          Defendant.              :

- - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

From on or about January 9, 2001, up through and including on or about July 20, 2007, in the Southern District of New York and elsewhere, JERRY BUTLER, a/k/a "Jerry Steven Butler," a/k/a "Jerry Stephen Butler," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for the criminal sale of a controlled substance in the fifth degree, a violation of New York Penal Law 220.31, in New York State Supreme Court, Nassau County, on or about February 19, 1993, without having obtained the express consent of the Attorney General of the United States



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 17 2007

or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JERRY BUTLER,
a/k/a "Jerry Steven Butler,"
a/k/a "Jerry Stephen Butler,"

Defendant.

## INDICTMENT

S1 07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Dennise Suarez-Peña
Foreperson.

Indictment filed.

F. Maas, USMJ

PC
9/17/07