USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - against -                     07 Cr. 715 (DAB)(JCF)
                                 ORDER

JERRY BUTLER,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On September 28, 2007 the Defendant pled guilty to the Superceding Indictment before Magistrate Judge James C. Francis. Judge Francis recommended that this Court accept Defendant's plea and set the date of sentencing for January 7, 2008 at 10:30 AM.

    The date of Defendant's sentencing is hereby adjourned to <u>Monday, January 14, 2008 at 10:30 AM</u>.

    Counsel for both Parties are advised that they are required to submit any substantive arguments and information that they plan on presenting at the sentencing hearing in advance so that the Court may consider them thoroughly. The Parties shall submit any such written submissions to Chambers no later than Monday, January 7, 2008 at 4:00 PM. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect submitted to Chambers on or before January 7, 2008 at 4:00 PM. Failure to adhere to this instruction shall result in the adjournment of the sentencing <u>sine die</u>.

SO ORDERED.

Dated:    New York, New York
          October 17, 2007

                                            *Deborah A. Batts*
                                       DEBORAH A. BATTS
                            United States District Judge